**FILED**

SEP 18 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Plaintiff(s):** Tuckpointers Local 52 Pension Plan

**Case No.** 14 C 2560
Judge Guzman

v.

**Defendant(s):** Rajani D. Hines

**Response to motion**

Phone records were retrieved by Plantiff's attorney to support my argument of contacting them on 5-22-14 for court time & room number. Records reveal they were contacted on a later date than stated. Due to limited minutes on my phone a different one was used on that day. Several phones are available & alternatively used within my household. These phones are prepaid so phone records aren't available. My argument of calling them still stands. I contacted Plantiff's attorney cause I was aware of court that day but lost paper with info. It was also stated that checks in question had been sent to my address since 2000. In which I was not a resident there & later in 2013 had my mail transferred there. I have yet to be presented any evidence proving these accusations of checks beside my address which to me proves nothing. I have no knowledge of these checks or participation of cashing them.

I have never:
1. received checks
2. signed
3. had knowledge of checks
4. deposit
5. cashed